IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

**FILED**

JAMES J. VILT, JR. - CLERK

JUL 17 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

OMAR DEVONISH

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

UNKNOWN AGENTS OF
F.B.I LOUISVILLE
OFFICE (BIVENS CLAIM)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:26CV-541-JHM

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    OMAR DEVONISH
Street Address          N/A
City and County         LOUISVILLE , JEFFERSON
State and Zip Code      KY
Telephone Number        502·439·8957
E-mail Address          ramodevonish@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                    F.B.I
Job or Title
(if known)
Street Address          12401 SYCAMORE ST PL
City and County         LOUISVILLE   JEFFERSON
State and Zip Code      KY     40299
Telephone Number        (502) 263-6000
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County

| | |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th, 5th & 8th AMENDMENTS (BIVENS CLAIM)

_____

_____

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ATTACHED THESE AND PARTIAL DISCOVERY TO LAWSUIT

_____

_____

_____

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PUNITIVE DAMAGES FOR PHYSICAL PAIN (ENERGY WEAPONS) EMOTIONAL DISTRESS (DEATH THREATS) LOSS OF ENJOYMENT OF LIFE (FORCED HOMELESSNESS, SMEARING CAMPAIGNS, FALSE LIGHT, DEFEMATION) AND LOSS OF CONSORTIUM (GOT MY WIFE TO LEAVE ME IN 2016, SAID THEY WERE GOING TO MAKE SURE I WAS ALONE FOR THE REST OF MY LIFE

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/17/26, 20 26

Signature of Plaintiff    _Om Devlish_

Printed Name of Plaintiff    OMAR DEVONISH

B.    **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

I DO NOT HAVE A PHYSICAL ADDRESS BECAUSE THE F.B.I MADE ME HOMELESS, EVERY-THING HAS TO BE SENT ELECTRONICALLY.

OMAR DEVONISH

I HAVE FILED OVER 150 COMPLAINTS WITH THE DOJ (HAVE SOME SCREENSHOTS)(EMAILS FROM DOJ)

I HAVE FILED COMPLAINT WITH THE OIG (SCREENSHOTS)

FILED COMPLAINTS WITH OPR (SCREENSHOTS)

FILED WITH THE UNITED NATIONS (SCREENSHOTS)

I KNOW ONE AGENT HAS THE LAST NAME MCCONNELL AND RUSSELL, THE REST I DO NOT KNOW.

FOR THE PAST 10 YEARS I HAVE BEEN UNDER AROUND THE CLOCK MENTAL AND PHYSICAL SURVEILLANCE BY THE F.B.I. THEY HAVE USED COINTELPRO TACTICS FOR THE PHYSICAL HARASSMENT AND NEURO-TECHNOLOGIES DERIVED FROM THE ILLEGAL MKULTRA EXPERIMENTS. UNDER KENTUCKY STATUTORY CRIMINAL LAW, THERE ARE TEN SUBLISTINGS.

1. OFFENSES AGAINST A PUBLIC ORDER
2. HATE CRIMES
3. EAVESDROPPING
4. STALKING
5. MENACING
6. EXTORTION
7. COERCION
8. TRESPASS
9. COMPUTER RELATED CRIMES
   VOYEURISM

VOICE TO SKULL (V2K) REFERS TO A SET OF PATENTED TECHNOLOGIES THAT DESCRIBE THE TRANSMISSION OF SOUND DIRECTLY TO A PERSONS HEAD WITHOUT THE USE OF SPEAKER, USING PULSED ELECTROMAGNETIC RADIATION.

1. US PATENT 4,877,027 (HEARING SYSTEM) 1989 IT DESCRIBLES AN APPARATUS THAT USES PULSED MODULATED MICROWAVE RADIATION (100 MHZ TO 10,000 MHZ) TO CREATE AUDIBLE SOUND SENSATIONS IN THE HEAD BY BYPASSING THE EARS

2. US PATENT 6,587,729 (APPARATUS FOR AUDIBLY COMMUNICATING SPEECH USING THE RADIO FREQUENCY HEARING EFFECT - 2003) GRANTED TO THE U.S. AIR FORCE, THIS PATENT DETAILS A METHOD FOR TRANSMITTING SOUND DIRECTLY INTO A SUBJECTS CONSCIOUSNESS CONSCIOUSNESS VIA (RADIO FREQUENCY ENERGY)

3. US PATENT 3,951,134 (APPARATUS AND METHOD FOR REMOTELY MONITORING AND ALTERING BRAIN WAVES, ALSO KNOWN AS REMOTE NEURAL MONITORING - 1976) DESCRIBES A SYSTEM THAT CAN INTERACT AND ALTER A TARGETS BRAIN WAVES OR CENTRAL NERVOUS SYSTEM USING (ELECTROMAGNETIC WAVES)

4. US PATENT 6,017,302 (SUBLIMINAL ACOUSTIC MANIPULATION OF NERVOUS SYSTEMS - 2000) DESCRIBES A METHOD ON USING A TELEVISION OR COMPUTER MONITOR TO PRODUCE (ELECTROMAGNETIC) FIELDS THAT CAN TRIGGER SPECIFIC, SUBCONSIOUS REACTIONS IN THE HUMAN NERVOUS SYSTEM.

5. U.S PATENT 6,011,991 (COMMUNICATION SYSTEM THAT MONITORS AN INDIVIDUALS BRAIN ACTIVITY AND SENDS IT TO A REMOTE LOCATION TO BE ANALYZED, ALLOWING FOR COMMUNICATION OF THOUGHTS.



(ALL) OF THESE NEUROTECHNOLOGIES USE RADIO FREQUENCY ELECTROMAGNTIC WAVES.

AS I SAID, THESE PATENTED NEURO-
TECHNOLOGIES ARE THE DIRECT
RESULT OF THE ILLEGAL MKULTRA
EXPERIMENTS. PROJECT MKULTRA
BEGAN IN 1953 AND WAS HALTED
IN 1973. MKULTRA USED NUMEROUS
TO MANIPULATE ITS SUBJECTS
MENTAL STATES AND BRAIN FUNCTIONS,
SUCH AS COVERT ADMINISTRATION
OF HIGH DOSES OF PSYCHOACTIVE
DRUGS (ESPECIALLY LSD) AND OTHER
CHEMICALS WITHOUT THE SUBJECTS
CONSENT. ADDITIONALLY, OTHER
METHODS BEYOND CHEMICAL
COMPOUNDS WERE USED, INCLUDING

ELECTROSHOCKS, HYPNOSIS, SENSORY DEPRIVATION, ISOLATION, VERBAL AND SEXUAL ABUSE, AND OTHER FORMS OF TORTURE.

FORUM INTERNUM IS THE INTERNAL, PRIVATE SPHERE OF AN INDIVIDUALS THOUGHTS, CONSCIENCE, AND RELIGIOUS OR PHILISOPHICAL BELIEFS. IN INTERNATIONAL HUMAN RIGHTS LAW, THIS "INNER SANCTUM" OF THE MIND IS GRANTED ABSOLUTE PROTECTION, MEANING IT CANNOT BE RESTRICTED BY THE STATE UNDER ANY CIRCUMSTANCES - EVEN DURING NATIONAL EMERGENCIES AND ESPECIALLY BY THE GOVERNMENT.

CORE LEGAL PRINCIPLES OF FORUM INTERNUM INCLUDE

1. ABSOLUTE FREEDOM: UNLIKE THE FORUM EXTERNUM (THE OUTWARD MANIFESTION OF BELIEFS), THE FORUM INTERNUM IS INVIOLABLE. A PERSON HAS THE ABSOLUTE RIGHT TO HOLD, FORM, OR CHANGE THEIR BELIEFS WITHOUT STATE INTERFERENCE

2. PROTECTION FROM COERCION: INDIVIDUALS CANNOT BE FORCED TO REVEAL THEIR THOUGHTS, COMPELLED TO ADOPT A SPECIFIC BELIEF, OR PENALIZED SOLELY FOR THEIR CONVICTIONS. IN UNITED STATES CONSTITUTIONAL

LAW. THIS CONCEPT FALLS UNDER THE FIRST AMENDMENT, WHICH FIERCLY PROTECTS INTERNAL FREEDOM OF THOUGHT AND BELIEF FROM ANY GOVERNMENT INTERFERENCE.

THE CONCEPT IS TYPICALLY DIVIDED INTO TWO REALMS: FORUM EXTERNUM (THE MIND AND SOUL).

- WHAT IT IS: THE INNER SANCTUM OF THE MIND. IT INCLUDES YOUR PERSONAL VALUES, WORLDVIEWS. AND RELIGIOUS OR PHILOSOPHICAL BELIEFS.

- US LEGAL STANCE: IT IS ABSOLUTELY PROTECTED. THE US GOVERNMENT

CANNOT DICTATE WHAT YOU THINK, FORCE YOU TO ADOPT A BELIEF, OR PENALIZE YOU FOR YOUR UNEXPRESSED MENTAL FACULTIES. EVEN IN EXTREME CIRCUMSTANCES OR NATIONAL EMERGENCIES, THE STATE HAS NO AUTHORITY TO POLICE PRIVATE, UNMANIFESTED THOUGHTS.

UNDER KENTUCKY LAW, A "DEVICE" IS BROADLY DESIGNED AS ANY ELECTRONIC, MAGNETIC, ELECTROCHEMICAL, HYDRAULIC, OPTICAL OR ORGANIC OBJECT THAT PERFORMS INPUT, OUTPUT FUNCTIONS OR STORAGE FUNCTIONS BY MANIPULATING

ELECTRONIC OR OTHER MAGNETIC IMPULSES - THIS CLEARLY COVERS YOUR EYES AND YOUR BRAIN AS THEY ARE THE ONLY ORGANIC OBJECTS ON THE PLANET THAT CAN PERFORM THESE FUNCTIONS VIA BIOELECTRICITY.

CRIMES AGAINST HUMANITY
(ALSO UNDER RNM AND ENERGY WEAPON TORTU

1. LYLE ENGLAND
2. TIFFANY LYNN BURTON
3. TROY WALLACE
4. CHARLES WAYNE WHITAKER
5. KENNY COO
6. DOMANICK ROBINSON
7. MYSELF

THIS ENTAILS THE WIDESPREAD ATTACK ON A CIVILIAN POPULATION. THE SYSTEMIC PART IS THE FBI ILLEAGAL HARASSMENT PROGAM, THAT USES THE V2K (VOICE TO SKULL) SET OF NEURO-TECHNOLOGIES. THE PHYSICAL PART IS THE COINTELPRO TACTICS AND USE OF RADIO-FREQUENCY/ELECTRO MAGNETIC/MICROWAVE ENERGY WEAPONS.

I KNOW ALL THOSE PEOPLE PERSON-ALLY.

# 4th AMENDMENT RIGHTS VIOLATIONS

1. VIOLATION OF FORUM INTERNUM USING: US PATENT 4,877,027("HEARING SYSTEM")198c US PATENT 6,587,729("APPARATUS FOR AUDIBLY COMMUNICATING SPEECH USING THE RADIO FREQUENCY HEARING EFFECT") DISCOVERD IN 1961, BUT NOT PATENTED UNTIL 2003. US PATENT 3,951,134("APPARATUS AND METHOD FOR REMOTELY MONITORING AND ALTERING BRAIN WAVES"-1976) US PATENT 6,017,302("SUBLIMINAL ACOUSTIC MANIPULATION OF NERVOUS SYSTEMS"- 2000 US PATENT 6,011,991("COMMUNICATION SYSTEM AND METHOD INCLUDING BRAIN ACTIVITY MONITORING"- 2000

THE F.B.I CONDUCTED A PERPETUAL "ILLEGAL SEARCH AND SEIZURE" BY CONSTANTLY MONITORING MY THOUGHTS AND HAVING WHAT I SAW, HEARD AND THOUGHT SENT TO A REMOTE LOCATION. THEY ALSO HAD AGENTS TELLING WHAT I THOUGHT IN REAL TIME, RELAYING THINGS I THOUGHT CONSTANTLY TO OTHER AGENTS. OFTEN THEY WOULD LIE AND SAY I WAS THINKING HEINOUS AND INAPPROPRIATE THINGS, PROMPTING TORTURE WITH ENERGY WEAPONS.

FRIDAY JULY 10th 2026

TODAY, AFTER WALKING TO ST JOHN SHELTER FOR MEN, AS SOON AS I GET ON THE WIFI, I GET A MESSAGE FROM A FAMILY FRIEND THAT MY MOTHER HAD PASSED. THE F.B.I IMMEADIATEY START THEIR PSYCHO-LOGICAL WARFARE, WHICH INCLUDE TAUNTS, THREATS, THREATS OF FALSE INCRIMINATION, THREATS TO TAKE ANY MONEY LEFT TO ME BY MY MOTHER, ALL THE WHILE I CAN FEEL VIBRATIONS FROM LOW FREQUENCY & ENERGY WEAPON (WILL PROVIDE PROOF OF CONSTANT ILLEGAL SIGNALS AT DISCOVERY) AS I SIT

AND WRITE THIS AT THE HEALING PLACE MY LEGS AND FEET ARE SLIGHTLY BURNING FROM THE ADS (ACTIVE DENIAL SYSTEM) ENERGY WEAPON AND VIBRATION FROM LOW FREQUENCY ENERGY WEAPONS ON MY GENITAL AREA. AT THIS MOMENT I HAVE FIFTY-SEVEN ILLEGAL (RF ELECTRO MAGNETIC) SIGNALS AIMED AT ME, INCLUDING A CINGULAR WIRELESS CELL TOWER SIGNAL THAT JUST SWITCHED TO TMOBILE × 2 (TOOK SCREENSHOTS), NO MATTER WHAT FLOOR, OR EVEN IF I AM IN THE COURTYARD AT THE HEALING PLACE, I FEEL VIBRATIONS

THROUGH THE FLOOR OR WHATEVER I SIT ON. AT THIS MOMENT (9:28pm) IM IN THE CAFETERIA AND I CAN FEEL VIBRATION ON MY ABDOMEN, LOW FREQUENCY ENERGY WEAPONS CAN CAUSE YOUR INTERNAL ORGANS TO FAIL FROM CONSTANT EXPOSURE.

THINGS THE F.B.I SAID USING
VOICE TO SKULL PATENTED TECHNOLOGY
SET ON JUNE 19th, 2026

1. "NO ONE CARES ABOUT BLACK PEOPLE" x 3

2. "WE TOLD YOUR MOTHER NOT TO ANSWER
YOUR CALLS OR WE WOULD THROW YOU
IN JAIL" x 20
(MOTHER NEVER CALLED ON MY BIRTHDAY OR XMAS 2025)

3. WE'RE GOING TO GET A WHITE GIRL TO
SAY YOU RAPED HER" x 50

DIED
JULY 10th
2026

4. "YOU STUPID NIGGER" x 50
(HATE CRIME).

5. "WE OWN YOU" x 100

6. 1 SEVERAL REFERENCES ABOUT MY GENITALIA
WHILE I WAS IN THE SHOWER x 100
(VOYERISM, SEXUAL HARASSMENT)

7. F**K BLACK PEOPLE x 25
(HATE CRIME)

8. "SHUT THE FUCK OMAR" (TALKING ABOUT MY
INNER MONOLOGUE) x 75

9. "YOU LUCKY OMAR" (TELLING ME THIS WHILE
x 10                    USING ENERGY WEAPONS ON ME)

ILLEAGAL PROFILE OF LIES
I KNOW TO NOT SPEAK THEY NEVER IS HOW I FOUND THIS OUT
SAYS, IM 32 AND IM 49 (THIS IS SO
THEY USE MORE RADIATION THAN USUAL
WITH THIER REMOTE TORTURE).
SAYS MY DAUGHTER IS 12 (SHE IS
29), SAYS IM A CHILD MOLESTER, RAPIST
THEIF, LIAR. HAS A AI CLONE OF MY
VOICE SAYING "I RAPED MY DAUGHTER"
BUT DOESNT NAME ANY NAMES.
IT IS USED TO DECIEVE NEW F.B.I
AGENTS OR LOCAL COPS AND SHERIFFS (THEY
USUALLY TORTURE ON WEEKENDS)

SUNDAY JULY 12th 2026

1. "THEY WANTED HIS NOTEBOOK"

2. "WE'RE GOING TO MAKE SURE THE JUDGE DOESN'T BEILEVE YOU"

3. "WE DO FOLLOW PEOPLE AROUND OMAR"

4. "WE LIKE YOU OMAR"

5. "ASKS DIFFEINRENT QUESTIONS DAILY"

6. "DESCRIBES MY INNER MONOLOGUE AS ME ACTUALLY SPEAKING OUT LOUD"

7. "THEY SAID OMAR IS NOT ANSWERING ANY OF HIS MESSAGES"

8. "TRYING TO TELL ME I RAPED A WHITE PERSON"

9. "THEY SAID YOU RAPED YOUR DAUGHTER OMAR"

10. "THINK THEY GOING TO BELEIVE A CHILD MOLESTER"

11. "YOU SUCK D**K OMAR"

12. "MCCONNELL SAID YOU RAPED SOMEBODY"

13. "WE HAVE TO STOP YOU OMAR"

14. "YOU RAPED SOMEBODY OMAR"

15. "OMAR → SHUT THE FUCK UP"
(TALKING ABOUT MY INNER
MONOLOGUE)

16. "WE'RE NOT TURNING IT OFF OMAR"
(V2K - RNM)

17. "DUDE WRITING EVERYTHING WE
ARE SAYING"

18. "WE'RE NOT AN INVESTIGATIVE
AGENCY OMAR"

5pm '7·12·26
(THE HEALING PLACE)
AT THIS MOMENT, IM IN MY BUNK WITH
28 RF-ELECTROMAGNETIC SIGNALS
AIMED AT MY PERSON, MY THROAT IS
HOT AS USUAL AND MY ESOPHAGUS
IS IRRITATED, THIS IS AN ACTIVE
DENIAL SYSTEM. THIS ONLY HAPPENS
IN MY BUNK.

5:30pm (THP)
NOW I FEEL MY BED AND MY GROIN
VIBRATING, ITS PULSE LIKE. RIGHT
AS IM TRYING TO TAKE A NAP.

5:37 SINGLE COUGH (THP) OVERNIGNT
CLOTHING CLOSET. (HAVE PICTURE)

THINGS F.B.I SAID USING THE V2K (VOICE-TO SKULL SET) ON THE 4th of JULY, 2026

1. "DID YOU F**K YOUR DAUGHTER" X 10

2. "OMAR, HAVE YOU EVER F****D A KID?" X 5

3. "F**K YOUR INDEPENDENCE" X 20

4. "YOU DONT HAVE ANY RIGHTS" X 100

5. "WE GOT YOUR WIFE TO LEAVE YOU" X 5

6. "WE SAW YOU HAVING SEX WITH SOMEONE" X 75
8. (VOYERISM, SEXUAL HARASSMENT)
7. "WE'RE GOING TO STOP YOU OMAR" X 500
(REFERING TO LAWSUIT)
(THEY HAVE BEEN SHOWING UP TO COURT-HOUSES IN PLAIN CLOTHES BEFORE I GET THERE. BECAUSE OF REMOTE NEURAL MONITORING, USED COUGHING SIGNALS)

THINGS F.B.I SAYS ON A DAILY BASIS (V2K SET)

1. "WE HAVE YOUR DAUGHTER" X 1000

2. "YOU ARE ONE DEAD NIGGER" X 1000
   (HATE CRIME, DEATH THREAT)

3. "NO ONE WILL BELIEVE YOU" X 2000

4. "WE HAD SEX WITH YOUR WIFE" X 2000

5. "WE FUCKED YOUR DAUGHTER" X 500

6. "WE TOLD PEOPLE YOU WERE A CHILD
   MOLESTER" X 500
   (FALSE LIGHT, DEFAMATION)

7. "WE'RE GONNA KILL YOU" X 1000
   (DEATH THREAT)

8. "YOU EVER HEARD OF THE CORNBREAD
   MAFIA" X 500

9. "WE SAW YOU WITH YOUR DAUGHTER" X 1000
   (STALKING, 4th AMENDMENT RIGHT VIOLATION)

10. "WE COULD KILL YOU" X 1500

11. "YOU RAPED SOMEBODY OMAR" X 100
    (MKULTRA BRAINWASHING, LIMINAL MESSAGING)

6:40pm  7/16/26 - DAY BEFORE LAWSUIT

FEEL VIBRATIONS FROM LOW FREQUENCY
ENERGY WEAPON WHILE AT THE HEALING
PLACE (GOVT PROGRAM, MEDICAID, SNAP, FED-
ERALLY PROTECTED ACTIVITY. (SCREENSHOT AT
6:42pm - CINGULAR WIRELESS CELL TOWER)
15 HIDDEN SSIDS - FBI

9:48pm
STILL FEEL THE VIBRATIONS OUTSIDE IN THE COURT
YARD AND ON THE SECOND FLOOR OF THE
HEALING PLACE AS IM WRITING.

BECAUSE IVE HAD THESE ENERGY WEAPONS AND V2K AIMED AT MY GENITALS, MY PUBIC HAIR NO LONGERS RIGHT ON TOP OF MY REPRODUCTIVE ORGANS, AND MY HAIR ON THE TOP FRONT OF MY HAIR ON MY HEAD GROWS AT A SNAILS PACE, THEY HAVE CONSTANTLY BEEN AIMING AT MY GENITALS

USING RECEIVERS, THE RADIO FREQUENCY HEARING EFFECT AND V2K (VOICE TO SKULL)

THE     F.B.I EXPLOITING CHILDRES CAMERAS
                TIME (1:05 - 1:15pm) IN VICINITY

1. WESTERN LIBRARY, 604 S 10th ST, LOUISVILLE K. SUNDAY, JUNE 7th 2026 - WITNESS A CHILD COMING OUT OF THE CLOSED LIBRARY, THEN AN F.B.I AGENT DRIVING A WHITE PRIUS COMES AFTERWARDS. DROVE THE WRONG WAY DOWN 8th ST TRYING TO GET AWAY. (TURNED OFF WIFI IN ENTIRE LIBRARY)

2. St Johns, 700 E. MUHAMMAD ALI BLVD, PERSON USING THE SINGLE COUSIN SIGNAL THAT I DOCUMENTED MY FATHER USING IN APT. SAME GUY AT THE WESTERN LIBRARY STARING AT ME ON CAMERA. TOOK PICTURE. JULY 9th - SAME GUY IN THE HEALING PLACE BATHROOM, IM ABOUT TO LEAVE BATHROOM + HE SINGLE COUSINS

3. WESTERN LIBRARY, 604 S 10th ST, LOUISVILLE KY, TIME - 1:40pm - 1:55pm. SAME GUY, WITH A FEMALE AGENT THIS TIME TURNS OFF A WIFI IN LIBRARY SUNDAY JUNE 14th 2026 (LIBRARY CLOSED)

I DID SOME RESEARCH ON THE F.B.I ONLINE. THEY HAVE VERY LONG HISTORY OF SEXUALLY ASSAULTING WOMEN AGENTS AND JUST A LONG FOR SEXUAL HARASSMENT

THEY GOT CAUGHT REDACTING THE EPSTIEN FILES, TURNS OUT TRUMP WAS RAPING CHILDREN AND THEY KNEW ABOUT THE WHOLE TIME.

LYING TO CONGRESS AND GETS CALLED OUT BY CONGRESSMAN THOMPSON

LYING ABOUT DOING THIER JOBS IN LOUISVILLE KY, CLAIMED THEY GOT 8 TERRORIST OFF THE STREETS

AS I FILE THIS LAWSUIT THE F.B.I IS THREATENIG TO KILL ME OVER IT.

THE PAST FOUR WEEKS AT COURT-HOUSES, THE LIBRARY AND THE STREETS OF DOWNTOWN LOUISVILLE, THE F.B.I HAVE BEEN FOLLOWING ME AROUND. NOW BECAUSE THEY HAVE ME ON REMOTE NEURAL MONITORING, THEY KNOW WHERE IM GOING BEFORE I LEAVE WHEREVER I AM, ON CAMERAS AT BOTH COURTHOUSES AND THE LIBRARY THEY SHOW UP BEFORE I GET THERE, AND IM ALWAYS BY MYSELF THEY USE THE POWER VESTED TO THEM BY THE F.B.I TO STALK, HARASS A DESTROY AMERICAN LIVES LIKE

MY OWN, THIS IS AN EXCERPT FROM

WIKIPEDIA ABOUT THE COINTELPRO

PROGAM RUN BY THE F.B.I FROM

1956 AND 1971." HOWEVER, COINTELPRO

EXISTED FOR YEARS ON AN AD HOC

BASIS BEFORE THE FORMAL PROGRAMS

WERE INSTITUTED. AND MORE SIGNIFICANTL

COINTELPRO-TYPE ACTIVITIES MAY CONTINUE

TODAY UNDER THE RUBRIC OF "INVESTIGATI(

"MANY OF THE TACTICS USED IN COINTELPRO

ARE ALLEGED TO HAVE SEEN CONTINUED'

USE, INCLUDING DISCREDITING TARGETS

THROUGH PSYCHOLOGICAL WARFARE;

SMEARING INDIVIDUALS AND GROUPS

USING FORGED DOCUMENTS AND BY

PLANTING FALSE REPORTS IN THE MEDIA; HARASSMENT; WRONGFUL IMPRISONMENT; ILLEGAL VIOLENCE; AND ASSASSINATION." THE F.B.I ARE MOST DEFINITELY STILL USING COINTELPRO, I HAVE SEEN IT WITH MY OWN EYES THE PAST 10 YEARS I'VE SEEN THEM DRESSED AS MAILMEN ACTUALLY "DELIVERING" MAIL, FEDEX DRIVERS, UPS DRIVERS, DRESSED AS NURSES, IN AMBULANCES AND FIRE TRUCKS AND AS LMPD OFFICERS. NOW HOW YOU KNOW ITS FEDERAL AGENTS IMPERSONATING LMPD OFFICERS IS BECAUSE WHEN YOU TRY TO SHOW THEM ACTUAL KENTUCKY STATUTORY CRIMINAL

LAW, THEY CLAIM TO KNOW "NOTHING ABOUT THAT", THEN THEY PROCEED TO GIVE YOU LEGAL ADVICE, SAYING YOU'RE GOING TO HAVE TO FILE A LAWSUIT". ACTUAL POLICE NEVER GIVE YOU LEGAL ADVICE. THEY RUN YOU'RE NAME AND EITHER TAKE YOU TO JAIL, GIVE YOU A CITATION OR LET YOU GO.

THERE ARE VARIOUS LAWSUITS THAT HAVE CLAIMED THE SAME THING I'M SAYING, DIFFERENCE IS ... I CAN PROVE IT BEYOND A REASON-ABLE DOUBT IN A FIFTY PERCEN BURDEN OF PROOF SITUATION.

SO, WE HAVE WITH THE VIOLATION OF FORUM INTERNUM - 1st AMENDMENT, 4th AMENDMENT AND VIOLATION OF MENTAL PRIVACY AND FREEDOM OF THOUGHT.

THE BIVENS CLAIM - 4th AMENDMENT
1. ILLEGAL SEARCH AND SEIZURE
THE SEARCH - MY BRAIN IS CONSIDERED A "DEVICE" UNDER KENTUCKY STATUTORY CRIMINAL LAW ((8) KRS 434.840 TO 434.860) AND MY THOUGHTS ARE CONSIDERED "DATA" ((7) KRS 434.840 TO 434.860), MY EYES ARE ~~XXXXXX~~ LIKEWISE CONSIDERED A "DEVICE" UNDER THE SAME STATUATE AS MY BRAIN: (2) "COMPUTER" MEANS ANY (DEVICE), EQUIPMENT, OR FACILITY THAT USES A COMPUTER PROGRAM OR OTHER INSTRUCTIONS... MY BRAIN IS CONSIDERED A "EFFECT" AND "PERSONAL PROPERTY" AND IT IS ILLEGAL TO (1) "ACCESS" IT AND STEAL MY "DATA" (THOUGHTS) USING A (3) "COMPUTER NETWORK" (US PATENT 3,951,134 APPARATUS AND METHOD FOR REMOTELY MONITORING BRAIN WAVES AND ALTERING BRAIN WAVES). WHAT I THINK, SEE AND HEAR IS ALSO "INTELLECTUAL PROPERTY" WHICH INCLUDES "DATA", TEXT, IMAGES, SOUND, CODES, COMPUTER PROGRAMS, SOFTWARE, OR DATABASES WHICH MAY BE IN ANY FORM. LEGALLY IM THE (13) "OWNER" OF SAID PERSONAL PROPERTY, ALL THIS ALSO LEGALLY EXTENDS TO MY PHONE. ~~AND~~ UNDER

THE 4th AMENDMENT I HAVE A RIGHT TO BE LET ALONE, ALSO UNDER THE 4th AMENDMENT.

THE FREEDOM FROM GOVERNMENTAL INTRUSIONS INTO FAMILY MEMBERS' - KNOWN LEGALLY AS FAMILY INTEGRITY OR THE RIGHT TO INTIMATE ASSOCIATION IS PROTECTED UNDER THE U.S CONSTITUTION I GUARATEES YOU RIGHT TO MAKE PRIVATE FAMILY DECISIONS AND PRESERVE FAMILIAL BONDS FREE FROM UNWARRANTED STATE INTERVENTION. 4th AMENDMENT( RESIDENTAL PRIVACY). THE F.B.I CONTACTED MY IMMEADIATE FAMILY MEMBERS MOTHER, FATHER AND DAUGHTER, AND IN SOME CASES ENTERED THIER HOMES UNDER FALSE PRETENSE WITH ZERO WARRANTS JUST SO THEY COULD LIE ABOUT ME. TO GET MY MOTHER TO COMPLY, THEY THREATEND TO LOCK ME UP. FOR MY FATHER THEY THREATEND TO KICK HIM OUT OF HIS SECTION 8 HOUSING AND THEY BRIBED THEN THREATENED MY DAUGHTER BY OFFERING TO PAY HER RENT THEN HAVE HER KICK ME OUT WHILE I WAS WORKING, STATING "IF YOU DON'T KICK HIM OUT, WE WILL RUIN YOUR LIFE LIKE WE DID YOUR DAD". ALL THIS VIOLATES MY RESIDENTIAL PRIVACY

ALSO UNDER THE 4th AMENDMENT,
        UNDER THE 8th AMENDMENT
I AM PROTECTED FROM TORTURE, FOR
THE PAST 10 YEARS I HAVE BEEN
HARASSED, TORTURED AND MY LIFE
RUINED BY THE F.B.I ITSELF. THEIR
PRIMARY TOOL FOR THIS WAS ENERGY
WEAPONS. THE PSYCHOLOGICAL
WARFARE AND HARASSMENT WERE
COINTELPRO TACTICS - TEXTBOOK. AS
I SIT HERE WRITING THIS IN A
FEDERAL COURTHOUSE I HAVE
71 CELLTOWER ANTENNAS AIMED AT
MY PERSON, ONE OF THEM BEING A
CINGULAR WIRELESS SIGNAL, WHICH
HASNT EXISTED SINCE 2007 AFTER
BEING MERGED WITH AT&T. THERE'S
EXACTLY 50 SIGNALS IM RECIEVING
RADIATION FROM ... IN A FEDERAL
COURTHOUSE (SCREENSHOT TOOK 7/17/26 9:11am)
        UNDER THE 4th AMENDMENT -
I HAVENT HAD A PRIVATE THOUGHT IN
ALMOST 9 YEARS, I CAN SHOW CONSTANT
SIGNALS
FROM 2022 TO TODAY, HAVE OVER 13K
SCREENSHOTS. AND FROM THE 50 SIGNALS
I RECORDED IN A FEDERAL COURTHOUSE
THEY ARE STILL THREATENING MY LIFE.
THEY HAVE AN UNSURPASSED DEDICATION
TO CRIMINAL ACTIVITY IN THIS COUNTRY

NOW THAT I HAVE STATED MY CLAIM I AM NOW ASKING 350 MILLION USD, FOR PUNITIVE DAMAGES FOR PHYSICAL PAIN (ENERGY WEAPONS), EMOTIONAL DISTRESS (DEATH THREATS), LOSS OF ENJOYMENT OF LIFE (FORCED HOMELESS NESS SMEARING CAMPAIGNS, FALSE LIGHT, DEFAMATION AND LOSS OF CONSORTIUM (GOT MY WIFE TO LEAVE ME IN 2016, WHEN THEY STARTED THE HARASSMENT, TOLD ME THEY WERE GOING MAKE SURE I DIED ALONE). I AM ALSO ASKING FOR A PROTECTIVE ORDER ON THE F.B.I ITSELF, THE DAILY DEATH THREATS AND ENERGY WEAPON TORTURE WARRANT THIS.